AUGUST 1, 1940

No. 44182.——Protests 16996–K(A), etc., of O. Yoshizawa Co. Application by plaintiff for rehearing granted.

AUGUST 2, 1940

No. 44183.—Suit 4260.—*United States* v. *Mexican Products Co.* Reap. Dec. 4549 reversed. C. A. D. 129.

No. 44184.—Suit 4302.——*United States* v. *J. D. Richardson Co.* C. D. 233 affirmed. C. A. D. 125.

BEFORE THE FIRST DIVISION, AUGUST 7, 1940

No. 44185.—Petitions 5915–R, etc., of J. L. Cox, agent Railway Express Agency, Inc. (Ogdensburg).

Opinion by OLIVER, P. J. The petitions were dismissed.

BEFORE THE FIRST DIVISION, AUGUST 9, 1940

No. 44186.—Protests 842459–G, etc., of Heinsheimer Bros., Inc., et al. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (C. D. 314) the claim at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) was sustained.

No. 44187.—Protest 870485–G of Edward E. Ziskind (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (C. D. 314) the claim at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) was sustained.

AUGUST 6, 1940

No. 44188.——Protests 5746–K, etc., of H. P. Lambert Co., Inc. Application by Government for rehearing granted.

No. 44189.——Protests 954321–G, etc., of J. & J. Distributing Co. et al. Application by plaintiffs for rehearing granted.